# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TYRONE PEELE, | : No. 3 EM 2018 |
| Petitioner | : |
| v. | : |
| MICHAEL D. OVERMYER, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 26th day of March, 2018, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are DISMISSED.  *See Commonwealth v. Ali*, 10 A.3d 282, 293 (Pa. 2010) (providing that hybrid representation is not permitted).  The Prothonotary is DIRECTED to forward the filings to counsel of record.